**Vern BAGSTAD, Respondent,**

v.

**OLD PEORIA COMPANY, INC., and American Mutual Insurance Companies, Relators,**

**and**

**Bankers Life Company, Respondent.**

No. C9–85–422.

Supreme Court of Minnesota.

Sept. 13, 1985.

Andrew W. Lynn, Minneapolis, for Old Peoria Company & American Mutual Insurance Company.

Joseph R. Liesch, Minneapolis, for Bankers Life Company.

Jonathan D. Gallop, Crystal, for Vern Bagstad & Bankers Life Company.

**OPINION**

PER CURIAM.

The members of the court being equally divided, the decision of the Workers' Compensation Court of Appeals is affirmed without opinion. No costs or disbursements are allowed any party.

Affirmed.